

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-20-00383-CV
_____

TLL CONSTRUCTION GROUP, LLC D/B/A THE CONSTRUCTION GROUP, LLC, Appellant

V.

ACCESS FLOOR SPECIALISTS, INC. D/B/A ALLIED INTERIORS, Appellee

On Appeal from the 17th District Court
Tarrant County, Texas
Trial Court No. 017-313262-19

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered the parties' "Joint Motion to Set Aside Judgment and Remand Pursuant to Settlement Agreement." It is the court's opinion that the motion should be granted; therefore, we set aside the trial court's judgment without regard to the merits and remand this case to the trial court to render judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B); *Innovative Office Sys., Inc. v. Johnson*, 911 S.W. 2d 387, 388 (Tex. 1995).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: February 25, 2021